954 So.2d 1291 (2007)
Danny Ross WARREN, Appellant,
v.
STATE of Florida, Appellee.
No. 1D06-3624.
District Court of Appeal of Florida, First District.
May 9, 2007.
*1292 William J. Sheppard, and D. Gray Thomas of Sheppard, White, Thomas & Kachergus, P.A., Jacksonville, for Appellant.
Bill McCollum, Attorney General, and Philip W. Edwards, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Dunenas v. Moore, 762 So.2d 1007, 1008 (Fla. 3d DCA 2000). See also Boyer v. State, 946 So.2d 75, 76 (Fla. 1st DCA 2006).
BENTON, PADOVANO, and THOMAS, JJ., concur.